084966.0014(207)　　　　　　　　　RMC:lab　　　　　　　　　#397

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) ) ) **Plaintiff**, ) ) v. ) ) ONE 7 CONSTRUCTION, LLC, an Illinois limited liability company, BRAD DAVIS, TONY TRAN, and LISA TRAN, ) ) ) ) ) **Defendants.** ) | No. 24-3597<br><br>The Hon. Sharon Johnson Coleman<br><br>Magistrate Judge Gabriel Fuentes |

### MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS

Now comes the Plaintiff, Auto-Owners Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court pursuant to Federal Rule of Civil Procedure 41(a)(2) to voluntarily dismiss its action with prejudice against Defendants Tony Tran and Lisa Tran only pursuant to Stipulation, a copy of which is attached hereto. The action shall proceed as to the remaining Defendants.

Respectfully submitted:

/s/ Robert Marc Chemers
Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Telephone:　(312) 578-7548
Fax:　　　　(312) 346-8242
Email: rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*

084966.0014(207)　　　　　　　　RMC:lab　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> ONE 7 CONSTRUCTION, LLC, an Illinois limited liability company, BRAD DAVIS, TONY TRAN, and LISA TRAN, </br></br> Defendants. | No. 24-3597 </br></br> Judge Sharon Coleman Johnson </br></br> Magistrate Judge Gabriel Fuentes |

## STIPULATION

1. Auto-Owners Insurance Company ("Auto-Owners") is the Plaintiff in a Complaint for Declaratory Judgment against One 7 Construction, LLC, Brad Davis, Tony Tran and Lisa Tran ("the Underlying Plaintiffs") pending in the United States District Court for the Northern District of Illinois, bearing Cause No. 24-cv-3597.

2. As described with more particularity in the Complaint for Declaratory Judgment, Auto-Owners filed its Complaint to obtain a declaration that it has no duty to defend One 7 Construction, LLC and Brad Davis for a suit brought by the Underlying Plaintiffs in the Circuit Court of Cook County, Illinois, pending under Cause No. 24 L 1357.

3. The Underlying Plaintiffs have been joined as nominal party defendants to Auto-Owners' Complaint for Declaratory Judgment so that they may be bound by the judgment rendered in that action.

4. Auto-Owners seeks no affirmative relief against the Underlying Plaintiffs.

5. Pursuant to this stipulation, the Underlying Plaintiffs agree and stipulate to be bound by any judgment rendered or made in this action or on appeal.

6. In doing so, the Underlying Plaintiffs acknowledge through their counsel that they have reviewed this Stipulation with their counsel, understand the effect of this Stipulation and have authorized counsel to sign the Stipulation.

7. Because the Underlying Plaintiffs agree and stipulate to be bound by any judgment rendered or made in this action or on appeal, Auto-Owners agrees to seek to voluntarily dismiss Tony Tran and Lisa Tran from this action with prejudice.

AGREED TO AS STIPULATED.

| | |
|---|---|
| */s/ Robert Marc Chemers* | */s/ Rocky J. Hudson* |
| Robert Marc Chemers | Rocky J. Hudson |
| PRETZEL & STOUFFER, CHARTERED | RUCHIM & HUDSON, P.C. |
| 200 South Wacker Drive | 3000 Dundee Road |
| Suite 2600 | Suite 415 |
| Chicago, Illinois 60606 | Northbrook, IL 60062 |
| (312) 578-7548 | (847) 272-2800 |
| rchemers@pretzelstouffer.com | rhudson@ruchimhudsonlaw.com |
| ***Attorneys for Plaintiff*** | ***Counsel for Tony Tran and Lisa Tran*** |