**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** | ) ) ) | **No. 24-3597** |
| **Plaintiff,** | ) ) | **Judge Sharon Johnson Coleman** |
| **v.** | ) ) | **Magistrate Judge Gabriel Fuentes** |
| **ONE 7 CONSTRUCTION, LLC, an Illinois limited liability company, BRAD DAVIS, TONY TRAN, and LISA TRAN,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## JUDGMENT ORDER

The Plaintiff, Auto-Owners Insurance Company, having moved for the entry of a default declaratory judgment against Defendants One 7 Construction, LLC and Brad Davis (Doc. 18), the Court having earlier granted motions for default against Defendants One 7 and Davis (Docs. 11, 12, granting Doc. 17), the Court having considered the Motion and Memorandum of Law filed by Plaintiff (Docs. 18 and 19), grants the Motion and enters a default declaratory judgment against the aforesaid Defendants for the reasons stated on the record and in Plaintiffs Memorandum of Law (Doc. 19) on July 26, 2024, and states as follows:

The Court finds that the underlying amended complaint filed by Tony Tran and Lisa Tran, who were dismissed from this action after stipulating to be bound to the judgment of this Court in this matter (Doc. 5), against the Defendants One 7 and Davis in the Circuit Court of Cook County, Illinois, under Cause No. 2024 L 1357, does not allege an

"occurrence" which caused "property damage" as defined and as required by Auto-Owners

policies Nos. 214604-07338430-23 to ONE 7 and 53-338-430-00 or, alternatively, alleges

claims that are otherwise excluded from coverage under the policies for the reasons stated

in Auto-Owners' Memorandum of Law (Doc. 19).

The Court now enters judgment for Plaintiff Auto-Owners Insurance Company and

against the Defendants One 7, Brad Davis and finds that Auto-Owners Insurance Company

has no duty or obligation to defend the action brought against the Defendants One 7

Construction, LLC and Brad Davis under Cause No. 2024 L 1357 pending in the Circuit

Court of Cook County, Illinois under the aforesaid policies of insurance.


Dated: July 26, 2024

 

_____
Sharon Johnson Coleman
U.S. District Court Judge